NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASHLEE BOLL,**
*Petitioner-Appellant,*

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee.*

---

2010-5149

---

Appeal from the United States Court of Federal Claims in case no. 09-VV-501, Special Master Laura D. Millman.

---

**ON MOTION**

---

# ORDER

Ashlee Boll moves to transfer this action to the United States Court of Federal Claims. The Secretary of Health and Human Services consents.

It appears that on August 20, 2010, this court received a copy of Boll's notice that she elects to file a civil action, which Boll likely intended to submit only to the Court of Federal Claims. The election was improperly

docketed as a notice of appeal. The Court of Federal Claims docket sheet also indicates that that court received a copy of the notice of election.

Accordingly,

IT IS ORDERED THAT:

This appeal is dismissed as improperly docketed. Any pending motions are denied as moot.

FOR THE COURT

__DEC 0 3 2010__                              /s/ Jan Horbaly

Date                                        Jan Horbaly
                                            Clerk

cc:  William P. Ronan, III, Esq.
     Heather L. Perlman, Esq.
     Clerk, United States Court of Federal Claims

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

DEC 03 2010

**JAN HORBALY**
**CLERK**